Nov. Term, 1840.

DUNN
v.
LODER.

---

DUNN *v.* LODER.—In error.

*Monday, November* 30.

IT was necessary, under the statute of 1831, that a petition for the appointment of commissioners to assign dower, &c., should aver that, previously to its being filed, a demand for the assignment of the dower had been made on the parties interested, or show a sufficient reason for not making such demand. R. C. 1831, p. 209.